1  MICHELE C. BARNES (SBN: 187239)
   michele.barnes@klgates.com
2  ROSEANNA M. CASTILLO (SBN: 252761)
   roseanna.castillo@klgates.com
3  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA 94111
   Telephone: 415.882.8200
5  Facsimile: 415.882.8220

6  Attorneys for Defendant
   CRANE CO.
7

   DIANNA LYONS (SBN: 78844)
   Dlyons@kazanlaw.com
   KAZAN, MCCLAIN, LYONS,
   GREENWOOD & HARLEY
   Jack London Market
   55 Harrison St.
   Oakland, CA 94607
   Telephone: (510) 302-1000

   Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 JERRY R. PRITCHETT and
   TARA PRITCHETT,
12
                              Plaintiffs,
13
                    v.
14
15 A.W. CHESTERTON COMPANY; et al.

16                            Defendants.

   Civil Action No.: 3:12-cv-01196
   (Superior Court of the State of California
   for the County of Alameda, CA
   NO.: RG-11-609491)

   STIPULATION FOR DISMISSAL WITH
   PREJUDICE PURSUANT TO FED. R.
   CIV. PRO. 41(a); WITHDRAWAL OF
   NOTICE OF REMOVAL

17

18     IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs
19 JERRY R. PRITCHETT and TARA PRITCHETT, and counsel for Defendant CRANE CO.,
20 pursuant to Federal Rules of Civil Procedure 41(a)(2), that the Complaint of Plaintiffs JERRY R.
21 PRITCHETT and TARA PRITCHETT, Case No. 3:12-cv-01196, in the above-captioned action may
22 be and is hereby dismissed with prejudice as to Defendant CRANE CO., only. The parties shall each
23 bear their own costs.
24     IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for
25 Plaintiffs JERRY R. PRITCHETT and TARA PRITCHETT, and counsel for Defendant CRANE
26 CO., that Crane Co. withdraws its Notice of Removal in the instant action as it is moot in light of
27
28

the forgoing stipulated dismissal. As such, Crane Co. stipulates to and agrees with Plaintiffs' request that the case be remanded

**IT IS SO STIPULATED.**

Dated: March 2/ 2012

KAZAN, MCCLAIN, LYONS, GREENWOOD & HARLEY

By: /s/ Dianna Lyons
DIANNA LYONS (SBN: 78844)
Attorneys for Plaintiff

K&L GATES LLP

Dated: March 22, 2012

By: /s/ Michele C Barnes
MICHELE C. BARNES (SBN: 187239)
Attorneys for Defendant
CRANE CO.

**GRANTED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS' COMPLAINT AS TO DEFENDANT CRANE CO. IS DISMISSED WITH PREJUDICE. EACH PARTY IS TO BEAR ITS OWN COSTS.

IT IS FURTHER ORDERED THAT CRANE CO.'S NOTICE OF REMOVAL IN THIS ACTION IS WITHDRAWN, AND THE CASE BE REMANDED TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA.

Dated: _____          _____
                              Magistrate Judge Maria-Elena James