| | |
|---|---|
| MICHELE C. BARNES (SBN: 187239)<br>michele.barnes@klgates.com<br>ROSEANNA M. CASTILLO (SBN: 252761)<br>roseanna.castillo@klgates.com<br>**K&L GATES LLP**<br>Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Telephone: 415.882.8200<br>Facsimile: 415.882.8220<br><br>Attorneys for Defendant<br>CRANE CO. | DIANNA LYONS (SBN: 78844)<br>Dlyons@kazanlaw.com<br>**KAZAN, MCCLAIN, LYONS,**<br>**GREENWOOD & HARLEY**<br>Jack London Market<br>55 Harrison St.<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br><br>Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY R. PRITCHETT and<br>TARA PRITCHETT,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>A.W. CHESTERTON COMPANY; et al.<br><br>　　　　　　　　Defendants. | Civil Action No.: 3:12-cv-01196<br>(Superior Court of the State of California<br>for the County of Alameda, CA<br>NO.: RG-11-609491)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(a); WITHDRAWAL OF NOTICE OF REMOVAL** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs JERRY R. PRITCHETT and TARA PRITCHETT, and counsel for Defendant CRANE CO., pursuant to Federal Rules of Civil Procedure 41(a)(2), that the Complaint of Plaintiffs JERRY R. PRITCHETT and TARA PRITCHETT, Case No. 3:12-cv-01196, in the above-captioned action may be and is hereby dismissed with prejudice as to Defendant CRANE CO., only. The parties shall each bear their own costs.

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between counsel for Plaintiffs JERRY R. PRITCHETT and TARA PRITCHETT, and counsel for Defendant CRANE CO., that Crane Co. withdraws its Notice of Removal in the instant action as it is moot in light of

1 | the forgoing stipulated dismissal. As such, Crane Co. stipulates to and agrees with Plaintiffs' request
2 | that the case be remanded
3 | **IT IS SO STIPULATED.**

Dated: March 2/ 2012

KAZAN, MCCLAIN, LYONS, GREENWOOD & HARLEY

By: /s/ Dianna Lyons
DIANNA LYONS (SBN: 78844)
Attorneys for Plaintiff

K&L GATES LLP

Dated: March 22, 2012

By: /s/ Michele C. Barnes
MICHELE C. BARNES (SBN: 187239)
Attorneys for Defendant
CRANE CO.

**GRANTED**
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINTIFFS'
2  COMPLAINT AS TO DEFENDANT CRANE CO. IS DISMISSED WITH PREJUDICE.
3  EACH PARTY IS TO BEAR ITS OWN COSTS.
4  IT IS FURTHER ORDERED THAT CRANE CO.'S NOTICE OF REMOVAL IN
5  THIS ACTION IS WITHDRAWN, AND THE CASE BE REMANDED TO THE SUPERIOR
6  COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA.

8  Dated: _____           _____
9                                   Magistrate Judge Maria-Elena James