UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED

2012 APR -9  A 10: 13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)
    Pritchett et al v. A.W. Chesterton Company et al,    )
    N.D. California, C.A. No. 3:12-01196    )

3:12-1196

MDL No. 875

### ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Pritchett*) on March 21, 2012. In the absence of any opposition, the conditional transfer order was finalized with respect to *Pritchett* on March 29, 2012. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the Eastern District of Pennsylvania on March 29, 2012. The Panel has now been advised that *Pritchett* was remanded to state court by the Honorable Maria-Elena James in an order filed on March 22, 2012.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-497" filed on March 21, 2012, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-30-12
BY: Tom Dryden
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

FILED
2012 APR -9 A 10: 13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

3:12-1196
MEJ

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

MDL No. 875

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-497)**

On July 29, 1991, the Panel transferred 21,937 civil action(s) to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 86,432 additional action(s) have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Eduardo C Robreno.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Robreno.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable Eduardo C Robreno.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 29, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 3-30-12

CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)                                             MDL No. 875

SCHEDULE CTO-497 - TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 12-00724 | Dunn et al v. Air &Liquid Systems Corporation et al |
| CAN | 3 | 12-00903 | McKinley v. Air &Liquid Systems Corporation et al |
| CAN | 3 | 12-01196 | Pritchett et al v. A.W. Chesterton Company et al |
| ~~CAN~~ | ~~3~~ | ~~12-01291~~ | ~~Robare et al v. AC And S, Inc. et al~~ Vacated 03/28/2012 |
| CAN | 4 | 12-00723 | Bolton et al v. Air &Liquid Systems Corporation et al |
| **CONNECTICUT** | | | |
| CT | 3 | 12-00171 | Reed v. General Electric Company et al |